Dates the forms were filed
Dates of approximates to get forms
Dates of forms forged.
Facts

factual content in order to Allow the Court to draw the reasonable inference that the defendant is liable for the mis conduct alleged.

Rule 9(B) protection of rep to bring reduction of frivolous suits
2020 U.S (District Lexis 12)

* monroevs pope federal mocahen
Acting federal officer causing futile attempts and does not need to be sought to be a necassary action.
14th Amendment.

media courage causing influence of decision.

IN THE MAGISTRATE COURT OF HARRISON COUNTY, WEST VIRGINIA

Offense: Violation of Bond

Case No. 21-M17M-00111

State of West Virginia
v

☒ Misdemeanor/ ☐ Felony

Rodney Wade Underwood Jr.
**Defendant** (Full Name)

XXX-XX-2198
**Social Security Number**

11/07/1990
**Date of Birth**

RR1 Box 322
**Address**

WV F487420
**Driver's License / Identification Number**

Mount Hope, WV 25880
**City, State & Zip Code**

304-476-6611
**Phone Number (s)**

## CRIMINAL COMPLAINT

***Mag. Ct. Criminal Procedure Rule 3, 4:18 U.S.C. § 921(a)(33)***

I, the undersigned complainant, upon my oath or affirmation, state the following is true and correct to the best of my knowledge and belief. On or about 01/13/2021 in Harrison County, West Virginia, in violation of *West Virginia Code* § *(cite specific section, subsection, and/or subdivision as applicable)* 48-27-903(a)(2), the defendant did *(state statutory language of the offense)*

(a) A person is guilty of a misdemeanor if the person knowingly and willfully violates: (2) A condition of bail, probation, or parole which has the express intent or effect of protecting the personal safety of a particular person or persons; (CONTINUED TO NEXT PAGE)

I further state that this complaint is based on the following facts: On January 13, 2021 at approximately 2027 hours I responded to 303 Mimosa Lane in Bridgeport, WV in Harrison County in reference to a BOLO vehicle. (CONTINUED TO NEXT PAGE)

☒ Check if continued on an attached Sheet?

*(If this complaint invovles misdemeanor assault/battery [West Virginia Code §61-2-91] or misdemeanor domesict assault/battery [West Virginia Code §61-2-28], check all that apply.)*

The defendant

☐ is/was the victim's spouse.
☐ is/was a parent or guardian of the victim.
☐ has a child in common with the victims.
☐ is/was living with the victim as a spouse, parent, or guardian.
☐ is a person who is like a spouse, parent, or guardian of the victim.
☐ has none of the above connections to the victim.

Complainant (who appears before magistrate):

J. M. Holley
Complainant (Full Name)

515 West Main Street
Address

Bridgeport, West Virginia, 26330
City, State & Zip Code

304-842-8260
Phone Number (s)

SGT.
Office or title, if any

1/19/2021 [signature]
Complainant Signature

On this complaint, sworn or affirmed before me and signed in my presence on this date by complainant, the item(s) checked below apply:

☐ No probable cause found
☑ Probable cause found
☐ Summons issued
☑ Warrant issued
☐ Warrantless arrest

01-15-21
Date

[signature]
Magistrate Signature

Case No. 20-M17M-02454

IN THE MAGISTRATE COURT OF Harrison COUNTY, WEST VIRGINIA

**CRIMINAL COMPLAINT (CONTINUATION PAGE)**

§61-2-28. Domestic violence — criminal acts.

(a) Domestic battery. — Any person who unlawfully and intentionally makes physical contact of an insulting or provoking nature with his or her family or household member, or unlawfully and intentionally causes physical harm to his or her family or household member, is guilty of a misdemeanor and, upon conviction thereof, shall be confined in jail for not more than twelve months or fined not more than $500, or both fined and confined.

Facts;

On Monday, December 14, 2020 at approximately 0028 hours, I, Patrol Officer J. S. Carey, responded to #303 South Mimosa Lane, Bridgeport, WV 26330, in reference to a domestic complaint. It was stated that a Rodney Underwood, later referred to as the defendant, had shoved the caller, Daniella Galotti, later referred to as the victim. The victim advised 911 that she was currently hiding under the porch of #301 South Mimosa Lane, and that the defendant was still inside the residence. I arrived on scene at approximately 0033 hours and subsequently made contact with the defendant who had just exited the residence from the front door. The defendant began to explain what had occurred. At this time, the victim, walked around the row of buildings and began speaking with Patrol Officer Manson.

The defendant stated that he was unsure what the argument was over but that they began pushing and shoving each other. The defendant stated that they had been drinking liquor heavily throughout the night.

Following this interaction, I switched positions with Patrol Officer Manson, and began speaking to the victim. The victim stated that they got into a verbal argument because their dog had eaten chocolate and she was concerned about the health of the dog. The victim wanted to call her ex-husband because she believed he would know what to do about the dog. The victim continued to state that this upset the defendant, and he began shoving her and took the phone from her. The victim stated that she did slap him in an attempt to defend herself. The victim stated that the defendant through on the counter and then onto the couch. While on the couch, the victim stated that the defendant squeezed her around the ribs hard, hurting her.

Following this interaction, I approached the defendant and placed him into custody for Domestic Battery. The defendant was transported to the Bridgeport Police Department for processing. Following this, the defendant was transported to the North Central Regional jail to await arraignment.

12/14/20

Jason Carey

Case No. ____________________

IN THE MAGISTRATE COURT OF HARRISON COUNTY, WEST VIRGINIA

## MAGISTRATE COURT CRIMINAL COMPLAINT CONTINUATION SHEET

STATUTORY LANGUAGE CONTINUED:

Upon conviction thereof the person shall be confined in jail for a period of not less than one day nor more than one year, which jail term shall include actual confinement of not less than twenty-four hours, and shall be fined not less than $250 nor more than $2,000.

FACTS CONTINUED:

Upon arrival I located the vehicle and was advised by a male subject that his ex-wife (Daniella Galotti) had been driving the vehicle and was just involved in a domestic with her ex-boyfriend (Rodney Wade Underwood Jr.). I then made contact with Galotti inside her residence. Galotti advised that Underwood came to her residence on a prior date without her knowledge and took a check from her mail. Galotti stated Underwood called by phone her on this date and advised her that he had the check at Super 8 where he was staying located at 108 Barnetts Run Road in Bridgeport, WV in Harrison County. Underwood advised Galotti she could come that location and retrieve her check. Galotti stated when she went to Super 8 to retrieve her check, the two become involved in a physical domestic. Underwood was currently out on bond for a previous domestic battery charge against Galotti and was to have no contact with her.

Web Copy Web Copy Web Copy

15-21 ____________________ Magistrate's Signature

Rev. 06/2012 *(previously MCRCOMP)* Criminal Complaint
Approved: 06/06/2012 Docket Code(s): MFFCF / MMFCF

Web Copy

**IN THE MAGISTRATE COURT OF** Harrison **COUNTY, WEST VIRGINIA**

State of West Virginia
v.

Case No. 20-M17M-02454

☑ Misdemeanor/ ☐ Felony

Rodney Wade Underwood Jr.
Defendant (full name)

XXX-XX- 2198
Social Security Number

11 / 07 / 1990
Date of Birth

#500 Snider Street
Address

1278905 WV
Driver's License / Identification Number

Morgantown, WV 26505
City, State & Zip Code

N/A
Phone Number(s)

## CRIMINAL COMPLAINT

*[Mag. Ct. Criminal Procedure Rule 3,4; 18 U.S.C. § 921(a)(33)]*

I, the undersigned complainant, upon my oath or affirmation, state the following is true and correct to the best of my knowledge and belief. On or about 12 / 14 / 2020, in Harrison County, West Virginia, in violation of *West Virginia Code § (cite specific section, subsection, and/or subdivision, if applicable)* Domestic Battery 61-2-28(a),

the defendant did *(state statutory language of the offense)*
(See Attached)

I further state that this complaint is based upon the following facts: ☑ *Check if continued on attached sheet.*
(See Attached)

*(If this complaint involves any of the following relationships to the defendant, check all that apply.)* The defendant:

☐ is/was married to the victim.
☐ is/was a parent or guardian of the victim.
☐ has a child in common with the victim.
☐ is/was living in the same household with the victim.
☑ is/was a person who is a sexual or an intimate partner of the victim.
☐ has none of the above connections to the victim.

Complainant (who appears before Magistrate):
Patrol Officer Jason S. Carey
Complainant (full name)
515 W Main Street
Address
Bridgeport, WV 26301
City, State & Zip Code
304-842-8260
Phone Number(s)
Patrol Officer
Office or Title, if any

12/14/20 [signature]
Date Complainant Signature

On this complaint, sworn or affirmed before me and signed in my presence on this date by the complainant, the item(s) checked below apply:

Finding
☐ No probable cause found
☑ Probable cause found

Issuance
☐ Summons issued
☐ Warrant issued
☑ Warrantless arrest

12-14-20 [signature]
Date Magistrate Signature

6817585497

IN THE MAGISTRATE COURT OF HARRISON COUNTY, WEST VIRGINIA

State of West Virginia
v.
RODNEY WADE UNDERWOOD JR.
Defendant (Full Name)

Case No.: 21-M17M-00102
21-M17M-00111

XXX-XX-2198 — Social Security Number
11/07/1990 — Date of Birth
☐ M / ☐ F — Gender

☑ Misdemeanor / ☐ Felony

## MAGISTRATE COURT JAIL RELEASE ORDER

The Court ORDERS release of the defendant from the WV Division of Corrections and Rehabilitation (WVDCR) for the following reason:

☐ Bail has been posted on the following charges: Hearing Date: PR
1) DOMESTIC BATTERY
2) VIOLATION OF DVP

☐ Charges dismissed as to Case No.(s):

*[List dismissed case number(s) and charge(s)]*

☐ To be released to: ______ on ______ at ______ ☐ a.m. / ☐ p.m.
Individual/Agency Name Date Time

☒ Other (specify):
TIME SERVED ON BOTH CHARGES

The Magistrate, Magistrate Assistant and /or Magistrate Court Clerk shall provide a copy of this Temporary Jail Release Order to the appropriate WVDCR Facility by facsimile and /or e-mail.

3-5-21 (Date) 10:45 AM (Time) [signature] Magistrate's Signature

Received and executed by
Cpl Arnett — Officer Taking Custody / Jail Officer
3-5-21 — Date
1055 — Time





6.

See next page.

I further state that this complaint is based on the following facts:

See next page.

☐ Check if continued on an attached Sheet?

*(If this complaint invovles misdemeanor assault/battery [West Virginia Code §61-2-91] or misdemeanor domesict assault/battery [West Virginia Code §61-2-28], check all that apply.)*

The defendant

- ☐ is/was the victim's spouse.
- ☐ is/was a parent or guardian of the victim.
- ☐ has a child in common with the victim.
- ☐ is/was living with the victim as a spouse, parent, or guardian.
- ☐ is a person who is like a spouse, parent, or guardian of the victim.
- ☒ has none of the above connections to the victim.

Complainant (who appears before me):

Ofc O.D. Barrette
Complainant (Full Name)

515 West Main Street
Address

Bridgeport, West Virginia, 26
City, State & Zip Code

304-842-8260
Phone Number (s)

Patrol Officer
Office or title, if any

1/13/21
Date

Complainant Signature

On this complaint, sworn or affirmed before me and signed in my presence on this date by complainant, the item(s) checked below apply:

- ☐ No probable cause found
- ☑ Probable cause found
- ☐ Summons issued
- ☑ Warrant issued
- ☐ Warrantless arrest

01-14-21
Date

Magistrate Signature