Rodney Underwood, Jr. 3836842
NORTH CENTRAL REGIONAL JAIL
GREENWOOD, [WV] 26415

FILED
MAY 05 2021
T-WVND
26301

FILED
MAY 05 2021
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Attn: Inmate Litigation Clerk
Clerk, U.S. District Court
PO Box 2857
Clarksburg, WV
26302



Charleston P&DC 253
MON 03 MAY 2021 AM